# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Criminal Case No. 15-cr-00169-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAVIER ROCHA-RODRIGUEZ,
    *a.k.a. Miguel Angel Rodriguez-Garcia,*
    *a.k.a. Miguel Garcia,*
    *a.k.a. Rafael Gutierrez-Medina,*

    Defendant.

---

## ORDER SETTING TRIAL DATES AND DEADLINES

---

This matter has been scheduled for a **three-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **September 21, 2015 at 9:00 a.m.** On the first day of trial, counsel and pro se parties shall be present at **8:30 a.m.** It is

ORDERED THAT all pretrial motions shall be filed by **August 5, 2015** and responses to these motions shall be filed by **August 12, 2015**. It is further

ORDERED that a Trial Preparation Conference is set for **August 27, 2015 at 9:00 a.m.** in Courtroom A601. Lead counsel who will try the case shall attend in person. Defendant is also required to be present.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

1) jury selection;

2) sequestration of witnesses;

3) timing of presentation of witnesses and evidence;

4) anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.

DATED this 22nd day of July, 2015.

                              BY THE COURT:

                              _____
                              RAYMOND P. MOORE
                              United States District Judge