## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Raymond P. Moore

Criminal Case No. 15-cr-00169-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     JAVIER ROCHA-RODRIGUEZ,
    *a.k.a. Miguel Angel Rodriguez-Garcia,*
    *a.k.a. Miguel Garcia,*
    *a.k.a. Rafael Gutierrez-Medina,*

    Defendant.

_____

## ORDER SETTING CHANGE OF PLEA HEARING
_____

Pursuant to the Notice of Disposition filed on **July 30, 2015** (Docket No. 21). A Change of Plea Hearing is set for **August 27, 2015** at **9:00 a.m.** Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 48 hours before the change of plea hearing. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty. The statement

in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the motions/response deadlines, the trial preparation conference scheduled for **August 27, 2015**, and the **three-day** jury trial scheduled for **September 21, 2015** are VACATED.

DATED this 6th day of August, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge